# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: POPP, FREDERICK W, JR. | § Case No. 14-80151 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/03/2014 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 08/13/2014     By: /s/JOSEPH D. OLSEN
                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| In re: POPP, FREDERICK W, JR. | § Case No. 14-80151 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,975.00 |
| *and approved disbursements of* | $ 24.04 |
| *leaving a balance on hand of* [1] | $ 10,950.96 |
| **Balance on hand:** | $ 10,950.96 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,950.96 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,847.50 | 0.00 | 1,847.50 |
| Trustee, Expenses - JOSEPH D. OLSEN | 38.10 | 0.00 | 38.10 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,885.60 |
| Remaining balance: | $ 9,065.36 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,065.36

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 9,065.36

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,234.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 98.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 4,658.51 | 0.00 | 4,573.17 |
| 2 | American InfoSource LP as agent for | 4,378.25 | 0.00 | 4,298.04 |
| 3 | Us Bank | 197.77 | 0.00 | 194.15 |

Total to be paid for timely general unsecured claims: $ 9,065.36
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-80151-TML
Frederick W Popp, Jr.                                           Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3           User: lorsmith              Page 1 of 2              Date Rcvd: Aug 14, 2014
                               Form ID: pdf006             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2014.
db         +Frederick W Popp, Jr.,   2506 Aspen Dr,   Johnsburg, IL 60051-2512
aty        +Joseph D. Olsen,   Yalden, Olsen & Willette,   1318 East State Street,   Rockford, IL 61104-2228
21428136   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America,   Attention: Recovery Department,
             4161 Peidmont Pkwy.,   Greensboro, NC 27410)
21428138   +Bk Of Amer,   Attn: Bankruptcy/MC: NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
21428139   +Cap1/bstby,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3438
21428140    Capital One,   P.O. Box 30273,   Salt Lake City, UT 84130-0273
21428141   +Chase,   Po Box 24696,   Columbus, OH 43224-0696
21428142   +Chase Mht Bk,   Attention: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
21428143   +Codilis & Assocates, P.C.,   15W030 North Frontage Road,   Suite 100,   Burr Ridge, IL 60527-6921
21428146   +Nationstar Mortgage Ll,   Attn: Bankruptcy,   350 Highland Dr,   Lewisville, TX 75067-4177
21428147   +Pierce and Associates,   1 N Dearborn St,   Chicago, IL 60602-4373
21428150   +Tenant,   3718 Sheppard Ct,   Joliet, IL 60435-1569
21428149   +Tenant,   1152 Lake Place Ct,   Lakeland, FL 33805-4759
21428151   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,   Attention: Bankruptcy Dept.,   Po Box 5229,
             Cincinnati, OH 45201)
21428152   +Wells Fargo Dealer Srvs,   Po Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21667751    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 15 2014 00:56:27
             American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
             Oklahoma City, OK 73126-8941
21664839    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 15 2014 00:56:29   Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
21428144   +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 15 2014 00:56:29   Discover Fin Svcs Llc,
             Po Box15316,   Wilmington, DE 19850-5316
21428145   +E-mail/Text: cio.bncmail@irs.gov Aug 15 2014 00:49:18   Internal Revenue Service,   PO BOX 7346,
             Philadelphia, PA 19101-7346
21627672   +E-mail/Text: mmrgbk@miramedrg.com Aug 15 2014 00:49:51   MiraMed Revenue Group,
             991 Oak Creek Drive,   Lombard, IL 60148-6408
                                                                                              TOTAL: 5

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21428137*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank Of America, N.a.,   4161 Piedmont Pkwy,   Greensboro, NC 27410)
21428135   ##+Baker & Miller, P.C.,   29 N. Wacker Dr.,   5th Floor,   Chicago, IL 60606-3227
21428148   ##+Robertson Anschutz & Schneid,   3010 N Military Trail Ste 300,   Boca Raton, FL 33431-6393
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2014 at the address(es) listed below:
          Christopher J Stasko   on behalf of Creditor   BANK OF AMERICA, N.A. ND-Four@il.cslegal.com
          Craig A Willette   on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
          Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
          Joseph D Olsen   on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net,   IL46@ECFCBIS.com

```
District/off: 0752-3          User: lorsmith              Page 2 of 2                  Date Rcvd: Aug 14, 2014
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Laura Dolores Frye    on behalf of Debtor Frederick W Popp, Jr. lauradfrye@att.net, garyfoley@hotmail.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Toni   Dillon    on behalf of Creditor   Nationstar Mortgage, LLC tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                                                                                                                                                   TOTAL: 7