**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: POPP, FREDERICK W, JR.                    § Case No. 14-80151
                                                 §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $538,971.00                     Assets Exempt: $95,850.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,065.36        Claims Discharged
                                                  Without Payment: $105,956.17

Total Expenses of Administration: $1,909.64

---

    3) Total gross receipts of $ 10,975.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,975.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $635,929.19 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,909.64 | 1,909.64 | 1,909.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 109,839.00 | 9,234.53 | 9,234.53 | 9,065.36 |
| **TOTAL DISBURSEMENTS** | $746,768.19 | $11,144.17 | $11,144.17 | $10,975.00 |

4) This case was originally filed under Chapter 7 on January 18, 2014. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2014         By: /s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 Joint Anticipated Tax Refund - No Refund Ex | 1124-000 | 3,095.50 |
| Ameritrade | 1229-000 | 4,800.00 |
| Accrued but unpaid rent | 1222-000 | 3,079.50 |
| **TOTAL GROSS RECEIPTS** | | **$10,975.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank Of America, N.a. | 4110-000 | 65,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 4110-000 | 170,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Dealer Srvs | 4110-000 | 17,929.19 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar Mortgage Ll | 4110-000 | 180,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 203,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$635,929.19** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,847.50 | 1,847.50 | 1,847.50 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 38.10 | 38.10 | 38.10 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.37 | 10.37 | 10.37 |
| Rabobank, N.A. | 2600-000 | N/A | 13.67 | 13.67 | 13.67 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,909.64 | $1,909.64 | $1,909.64 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 1,000.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $1,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 4,658.00 | 4,658.51 | 4,658.51 | 4,573.17 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 4,378.25 | 4,378.25 | 4,298.04 |
| 3 | Us Bank | 7100-000 | 394.00 | 197.77 | 197.77 | 194.15 |
| NOTFILED | Chase Mht Bk | 7100-000 | 10,727.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 14,735.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Discover Fin Svcs Llc | 7100-000 | 4,658.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mht Bk | 7100-000 | 10,727.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 14,735.00 | N/A | N/A | 0.00 |
| NOTFILED | MiraMed Revenue Group | 7100-000 | 867.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/bstby | 7100-000 | 1,594.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 22,575.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 22,575.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/bstby | 7100-000 | 1,594.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $109,839.00 | $9,234.53 | $9,234.53 | $9,065.36 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80151  **Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** POPP, FREDERICK W, JR.  **Filed (f) or Converted (c):** 01/18/14 (f)
  **§341(a) Meeting Date:** 02/27/14
**Period Ending:** 10/14/14  **Claims Bar Date:** 06/12/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Location: 2506 Aspen Dr, McHenry IL 60051, Purch | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | Location: 1152 Lake Place Ct, Lakeland, FL 33805 | 75,000.00 | 0.00 | | 0.00 | FA |
| 3 | Location: 3718 Sheppard, Purchase Price: $220,00 | 160,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account at Bank of America | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at Johnsburg State Bank  (See Footnote) | 1,370.00 | 0.00 | | 0.00 | FA |
| 6 | Furnishings and Appliances | 750.00 | 0.00 | | 0.00 | FA |
| 7 | DVDs, CDs, Books, Personal Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Clothes and Shoes | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding Bands | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance Policy through Former Employ | 0.00 | 0.00 | | 0.00 | FA |
| 11 | IRA Account | 6,000.00 | 0.00 | | 0.00 | FA |
| 12 | At&t Pension - Currently Receiving Monthly Pensi | 70,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2013 Joint Anticipated Tax Refund - No Refund Ex | 0.00 | 0.00 | | 3,095.50 | FA |
| 14 | 2005 Infiniti QX56 with over 140,000 miles  (See Footnote) | 12,051.00 | 0.00 | | 0.00 | FA |
| 15 | 2006 GMC Sierra with over 110,000 miles | 12,600.00 | 0.00 | | 0.00 | FA |
| 16 | Ameritrade  (u) | 8,813.00 | 8,813.00 | | 4,800.00 | FA |
| 17 | Accrued but unpaid rent  (u) | 3,075.00 | 3,075.00 | | 3,079.50 | FA |
| 17 | **Assets**  Totals (Excluding unknown values) | **$550,859.00** | **$11,888.00** | | **$10,975.00** | **$0.00** |

RE PROP# 5      *Amended from org. petition amt of $4,000.
RE PROP# 14    * Amended from org. petition amt of $8,000.

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80151  
**Case Name:** POPP, FREDERICK W, JR.

**Trustee:** (330400)  JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 01/18/14 (f)  
**§341(a) Meeting Date:** 02/27/14  

**Period Ending:** 10/14/14  
**Claims Bar Date:** 06/12/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   March 31, 2015      **Current Projected Date Of Final Report (TFR):**   July 28, 2014  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-80151  
**Case Name:** POPP, FREDERICK W, JR.  
**Taxpayer ID #:** **-***3683  
**Period Ending:** 10/14/14  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9566 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/30/14 | | Gary N. Foley, PC. | Turnover (refund & unpaid rents) | | 10,975.00 | | 10,975.00 |
| | {13} | | 3,095.50 | 1124-000 | | | 10,975.00 |
| | {16} | | 4,800.00 | 1229-000 | | | 10,975.00 |
| | {17} | | 3,079.50 | 1222-000 | | | 10,975.00 |
| 06/03/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2014 FOR CASE #14-80151, Bond #016018067 | 2300-000 | | 10.37 | 10,964.63 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.67 | 10,950.96 |
| 09/04/14 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $38.10, Trustee Expenses; Reference: | 2200-000 | | 38.10 | 10,912.86 |
| 09/04/14 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,847.50, Trustee Compensation; Reference: | 2100-000 | | 1,847.50 | 9,065.36 |
| 09/04/14 | 104 | Discover Bank | Dividend paid 98.16% on $4,658.51; Claim# 1; Filed: $4,658.51; Reference: | 7100-000 | | 4,573.17 | 4,492.19 |
| 09/04/14 | 105 | American InfoSource LP as agent for | Dividend paid 98.16% on $4,378.25; Claim# 2; Filed: $4,378.25; Reference: | 7100-000 | | 4,298.04 | 194.15 |
| 09/04/14 | 106 | Us Bank | Dividend paid 98.16% on $197.77; Claim# 3; Filed: $197.77; Reference: | 7100-000 | | 194.15 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 10,975.00   10,975.00 | $0.00 |
| | Less: Bank Transfers | 0.00   0.00 | |
| | **Subtotal** | 10,975.00   10,975.00 | |
| | Less: Payments to Debtors | 0.00 | |
| | **NET Receipts / Disbursements** | **$10,975.00   $10,975.00** | |

Net Receipts :        10,975.00  
—————  
Net Estate :        $10,975.00  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******9566 | 10,975.00 | 10,975.00 | 0.00 |
| | $10,975.00 | $10,975.00 | $0.00 |

{} Asset reference(s)

Printed: 10/14/2014 02:40 PM    V.13.15